SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA    *E-FILED - 8/4/05*

| | |
|---|---|
| TERRY TANNER AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEX AHMAD MEHDIYOUN, individually and doing business as NATIONAL ELECTRIC CO.,<br><br>Defendants. | CASE NO.: C04 04044 RMW PVT<br><br>~~REQUEST FOR DISMISSAL OF ENTIRE ACTION~~<br><br>ORDER OF DISMISSAL |

Comes now the Plaintiffs TERRY TANNER AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS in the above-entitled action and hereby dismiss the entire action without prejudice as to every party.

No answer has been filed in this matter. The defendant has paid all monies requested in the complaint. This dismissal specifically does not waive the right of the Trust Funds to audit

1

REQUEST FOR ENTRY OF DEFAULT

1 the employer for the above time period, or any other time period, and to collect any additional
2 monies found to be delinquent as a result of an audit through a subsequent legal action.

4 Dated: 6-27-2005

SUE CAMPBELL
Attorney for Plaintiffs

IT IS SO ORDERED.

Date: 8/4/05

/s/ Ronald M. Whyte
United States District Judge

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 1155 North First Street, Suite 101, San Jose, California 95112. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

### REQUEST FOR DISMISSAL OF ENTIRE ACTION

- ☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

- ☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

- ☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

- ☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

ALEX AHMAD MEHDIYOUN,
individually and doing business as
NATIONAL ELECTRIC CO.
30353 Meridien Circle
Union City, CA 94587-1548

- ☒ (*State*) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 28, 2005, at San Jose, California.

*[signature]*
TED GOMEZ

3

REQUEST FOR ENTRY OF DEFAULT